Earl R. Wallace, Esq. (State Bar Number 174247)
RUZICKA & WALLACE, LLP
16520 Bake Parkway, Suite 280
Irvine, CA 92618
Telephone: (949) 759-1080
Facsimile: (949) 759-6813

Attorneys for Plaintiff, **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, <br><br> Plaintiff, <br><br> vs. <br><br> LYDIA CENCIL; and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No.: 3:10-CV-02453-JCS <br><br> State Case No.: PS09-2152 <br><br> **STIPULATION TO REMAND CASE TO STATE COURT** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE (hereafter, "Plaintiff") and LYDIA CENCIL (hereafter, "Defendant"), through their counsel of record, that this case shall be remanded to the state court from which it originated.

Dated: 7-8-10

Earl R. Wallace, Esq.
Attorney for Plaintiff, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE

Dated: 7-8-10

TIMOTHY MCCANDLESS, ESQ.
Attorney for Defendant, LYDIA CENCIL

**IT IS SO ORDERED:**

Dated: 7/9/10

JUDGE OF THE DISTRICT COURT
JOSEPH C. SPERO